**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

ROBERT REITZ and DOUGLAS
PUNDSACK,

                Plaintiffs,

        vs.                          Case No.: 1:20-cv-00196

CREDIT SYSTEMS OF THE FOX
VALLEY, INC.,

                Defendant.

---

### STIPULATION FOR EXTENSION OF TIME TO RESPOND

Through their undersigned attorneys, Plaintiffs and Defendant enter into this stipulation
to extend Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint and state
the following:

1.    Defendant's answer to Plaintiffs' Complaint is presently due on March 9, 2020.

2.    Plaintiffs stipulate to extend the deadline to answer or otherwise respond to their
Complaint by fourteen days.

3.    The new deadline to answer or otherwise respond to the Complaint will be March
23, 2020.

4.    Good cause exists to approve this stipulation as it is made in furtherance of
settlement discussions. Avoidance of the fees necessary to answer the First
Amended Complaint may increase the possibility of an amicable resolution.

WHEREFORE, Plaintiffs and Defendant pray that the Court approve this stipulation and
the extension of Defendant's deadline to answer or otherwise respond to the Complaint.

March 5, 2020

By: s/Patrick D. Newman
Patrick D. Newman (WI #1093942)
Michael A. Klutho (WI #1038353)
Bassford Remele
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
T: (612) 333-3000
F: (612) 333-8829
Email: pnewman@bassford.com
        mklutho@bassford.com

*Attorneys for Defendant Credit Systems of the
Fox Valley, Inc.*

Respectfully submitted,

By: s/Francis R. Greene
Francis R. Greene (WI #1115577)
Philip D. Stern (NJ #045921984)
Andrew T. Thomasson (NJ #048362011)
Katelyn B. Busby (AR #2014155)
Stern·Thomasson LLP
3010 South Appleton Road
Menasha, WI 54952
T: (973) 379-7500
Email: francis@sternthomasson.com
        philip@sternthomasson.com
        andrew@sternthomasson.com
        katelyn@sternthomasson.com

*Attorneys for Plaintiffs, Robert Reitz and
Douglas Pundsack*

2