**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

ROBERT REITZ and DOUGLAS
PUNDSACK,

      Plaintiffs,

    vs.           Case No.: 1:20-cv-00196

CREDIT SYSTEMS OF THE FOX
VALLEY, INC.,

      Defendant.

## ORDER FOR EXTENSION

  Pursuant to the Stipulation of the parties, it is hereby ordered that Credit Systems of the Fox Valley, Inc. shall be granted an extension in which to respond to the above-captioned Complaint up to and including March 23, 2020.

Dated: _____  _____
                     The Honorable William C. Griesbach
                     Senior District Judge