**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| ROBERT REITZ, DOUGLAS PUNDSACK, JULIE ROELLCHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SYSTEMS OF THE FOX VALLEY, INC. and CREDIT SERVICE INTERNATIONAL CORPORATION,<br><br>Defendants. | Case No. 1:20-cv-00196-WCG |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Robert Reitz, Douglas Pundsack and Julie Roellchen, and Defendants, Credit Systems of the Fox Valley, Inc. and Credit Service International Corporation, hereby stipulate to and give notice of dismissal of this action in its entirety with prejudice as to Plaintiffs, and without prejudice to the rights of the putative class, and without further costs or disbursements by or against any party.

**IT IS SO STIPULATED** this 1st day of March 2021.

| | |
|---|---|
| *s/ Patrick D. Newman* | *s/ Andrew T. Thomasson* |
| Patrick D. Newman (WI #1093942)<br>BASSFORD REMELE, PA<br>100 South Fifth Street, Suite 1500<br>Minneapolis, Minnesota 55402-3707<br>Telephone: (612) 333-3000<br>Email: pnewman@bassford.com<br><br>*Attorney for Defendants, Credit Service International Corporation and Credit Systems of the Fox Valley, Inc.* | Andrew T. Thomasson (NJ Bar # 048362011)<br>THOMASSON PLLC<br>350 Springfield Avenue, Suite 200<br>Summit, New Jersey 07901-1640<br>Telephone: (973) 312-0774<br>E-Mail: Andrew@Thomassonpllc.com<br><br>*Attorney for Plaintiff, Steven Gasper* |